**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No. 04-cr-00152-EWN**

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

      v.

**1.    JOSEPH JOHN CANNELLA, and
2.    STEVEN DOUGLAS HERRON,**

      **Defendants.**

---

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the witness, Daniel Argil (#97644-079), on or before February 15, 2006, for a deposition in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

SO ORDERED this 26th day of January, 2006.

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge