**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 04-cr-00152 - EWN**

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

**v.**

1.     **JOSEPH JOHN CANNELLA, and**
2.     **STEVEN DOUGLAS HERRON,**
       **Defendants.**

---

**ORDER DESIGNATING DANIEL ARGIL AS A MATERIAL WITNESS
AND FOR HIS ARREST AND DETENTION**

---

UPON THE COURT'S CONSIDERATION of the Motion of the United States of

America for the Designation, Arrest and Detention of Daniel Argil as a Material

Witnesses, and for good cause shown, pursuant to Title 18, United States Code,

Sections 3144 and 3142, **IT IS HEREBY ORDERED that:**

A)   The following person is declared to be a material witness in the above-

captioned case, and he is bound over to the custody of the United States Marshal for

the District of Colorado, who shall detain him until further order of this Court: **Daniel**

**Argil, alien registration number A28586557.**

B)   Pursuant to Title 18, United States Code, Section 3142, a detention hearing

for this person shall be held.

DATED this 9th day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
United States District Court
District of Colorado