IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**MICHAEL J. WATANABE**

Courtroom Deputy: Nel Steffens          FTR: MJW AM
                                        Date: September 11, 2006
Case No.: 04-cr-00152-EWN

UNITED STATES OF AMERICA,               Tim Neff and
                                        James A. Morgulec
       Plaintiff,

vs.

1. JOSEPH JOHN CANNELLA,                Raymond Micklewright
2. STEVEN DOUGLAS HERRON,                Richard S. Vermeire and
                                        Jeffrey L. Hunter
       Defendants.

---

## CHANGE OF PLEA HEARING
---

Court in session: 9:06 a.m.

Court calls case and appearances. Defendant Cannella is present on bond. Defendant Herron is not present.

2. STEVEN DOUGLAS HERRON
Mr. Vermeire addresses Court regarding defendant Herron's absence. Defendant Herron has sustained severe injuries and is currently hospitalized. Mr. Neff does not request an arrest warrant for failure to appear and has no objection to resetting this matter out 30 days.

**ORDERED:**

- Change of Plea hearing as to Steven Douglas Herron reset to **October 18, 2006 at 10:00 a.m.** before Magistrate Judge Shaffer, courtroom A402. Prior to the hearing, defendant must execute a Consent to Proceed Before a Magistrate Judge form and must be competent to proceed. Defense counsel shall keep the Court and Mr. Neff informed as to defendant Herron's medical condition.

1. JOSEPH JOHN CANNELLA
Mr. Micklewright, on behalf of defendant Cannella, has tendered a signed Consent to Proceed Before a Magistrate Judge form.

**ORDERED:**
- Court finds Consent to be made freely, knowingly, voluntarily, and intelligently, and accepts Consent.
- Court authorizes filing of the two-count Class A Misdemeanor Information.

Mr. Micklewright waives reading of the Information and further advisement of rights.
Court reviews plea agreement with defendant. Defendant enters plea of GUILTY to Counts 1 and 2 of the Information. Mr. Neff gives factual basis. Defendant agrees with factual basis and plea agreement.

**ORDERED:**
- Factual basis exists.
- Court accepts defendant's plea of **GUILTY** to Counts 1 and 2 of the Information.
- Sentencing is set for **November 20, 2006 at 10:00 a.m.**
- Defendant is continued on bond.
- Defendant shall go immediately to the U.S. Probation Office.

Court in recess: 9:31 a.m.
Hearing concluded.
Hearing duration: 25 minutes