IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| HAFEEZ, Muhammad Abdul | 12/18/04 | 02-CR-490 |
| HAIDARA, Abdrahaman | 02/16/02 | 00-CR-306 |
| HARRIS, John E | 12/13/84 | 00-CR-409 |
| HERRON, Steven Douglas | 10/24/83 | 04-CR-152 |
| GORDON JR, Bennie Richard | 03/24/02 | 04-CR-292 |
| GONZALEZ, Janet Johanna | 04/28/06 | 05-CR-008 |
| GRADOW, George Simon | 04/30/05 | 05-CR-250 |
| GRACE JR, Jack Otis | 06/04/05 | 03-CR-232 |
| GUNDERSON, Erik | 01/11/06 | 06-CR-128 |
| HUTCHISON, Kenneth J | 11/15/03 | 04-CR-343 |

Dated at Denver, Colorado, this 3rd day of October, 2007.

BY THE COURT:

Edward W Nottingham, Chief Judge